**RECEIVED**

DEC 1 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **WILLIAM MENARD** | **CIVIL ACTION NUMBER 08-0586** |
| **VERSUS** | **MAGISTRATE JUDGE METHVIN** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY** | **BY CONSENT OF THE PARTIES** |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for a Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and the Commissioner is ordered to award benefits consistent with an onset date of February 25, 2004.

Lafayette, Louisiana, this 14 day of December, 2009.

DISTRICT JUDGE REBECCA C. DOHERTY